# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ROBINSON, | No. 4:17-CV-01322 |
| Plaintiff. | (Judge Brann) |
| v. | (Magistrate Judge Arbuckle) |
| MAYOR MILLBRAND, et al., | |
| Defendants. | |

# ORDER

**JUNE 5, 2018**

1. On July 26, 2017, Plaintiff filed a complaint against Defendants. ECF No. 1.

2. On July 27, 2017, Plaintiff filed a Motion for Leave to Proceed in Forma Pauperis. ECF No. 2.

3. In a May 11, 2018 Report and Recommendation, Magistrate Judge William I. Arbuckle recommended that this Court grant Plaintiff's motion but dismiss the case for lack of subject matter jurisdiction. ECF No. 9.

4. Plaintiff has not objected to that recommendation.

5. This Court has reviewed Magistrate Judge Arbuckle's Report and Recommendation and has determined that "there is no clear error on the face of the record."[1]

6. Therefore, **IT IS HEREBY ORDERED** that:

   a. Magistrate Judge Arbuckle's Report and Recommendation, ECF No. 9, is **ADOPTED**;

   b. Plaintiff's Motion for Leave to Proceed in Forma Pauperis, ECF No. 2, is **GRANTED**;

   c. Plaintiff's Motion to Appoint Counsel, ECF No. 8, is **DENIED AS MOOT**; and

   d. Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

7. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[1] *Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) ("When no timely objection is filed [ to a Report and Recommendation], the court need only satisfy itself that there is no clear error on the face of the record in order to accept" it.)